UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN YOUNG and ROBERT YOUNG,

    Plaintiffs,

v.      Case No: 2:18-cv-459-FtM-99UAM

MEDTRONIC, INC.,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Doc. #27) filed on April 8, 2019. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __9th__ day of April, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record